UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. **1-22-mj-02188-DAMIAN**

UNITED STATES OF AMERICA

vs.

MICHAEL ROZENBERG
_____/

**GOVERNMENT'S WITNESS LIST (DETENTION HEARING)**

1. Brian Frank Jr., Special Agent HHS-OIG

2. Yeleina Slepuhova, Special Agent HHS-OIG


Dated: February 25, 2022            Respectfully submitted,

                                                  JUAN ANTONIOGONZALEZ
                                                  UNITED STATES ATTORNEY

                                                  JOSEPH S. BEEMSTERBOER, CHIEF
                                                  CRIMINAL DIVISION, FRAUD SECTION
                                                  U.S. DEPARTMENT OF JUSTICE

                                By:    */s/ Patrick J. Queenan*
                                                  Patrick J. Queenan
                                                  Trial Attorney
                                                  FL Special Bar No. A5502715
                                                  U.S. Department of Justice
                                                  Criminal Division, Fraud Section
                                                  1400 New York Avenue, N.W.
                                                  Washington, D.C. 20005
                                                  Phone: (202) 875-0326
                                                  patrick.queenan@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 25, 2022, I served and electronically filed the foregoing document with the Clerk of Court using CM/ECF.

By: */s/ Patrick J. Queenan*
Patrick J. Queenan
TRIAL ATTORNEY