UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-80022-AMC

UNITED STATES OF AMERICA,

vs.

MICHAEL ROZENBERG and
GALINA ROZENBERG,

      Defendants.
      _____/

### UNITED STATES' SECOND BILL OF PARTICULARS
### FOR FORFEITURE OF PROPERTY

Pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, the United States of America hereby gives notice that, in addition to property generally and specifically identified in the forfeiture allegations of the Indictment, ECF No. 23 and the Bill of Particulars, ECF No. 293, the United States seeks the forfeiture of the following property, pursuant to 21 U.S.C. § 853(p):

1. Men 14 karat two-tone gold necklace with pendant and dog tag;

2. Men 18 karat yellow gold necklace with round pendant;

3. Black beaded chain with 18 karat gold stamped clasp and Jewish star pendant;

4. Men Baraka 18 karat white gold necklace with diamond pendant;

5. Two-tone Rolex Datejust II watch bearing Serial No. J5256408;

6. Audemars Piguet Royal Oak watch bearing Serial No. K18292;

7. Two-tone Rolex GMT-Master II bearing Serial No. 703K0159;

8. Ladies 18 karat white gold and round diamond ring;

9. Ladies 18 karat yellow gold ring with radiant cut diamond;

10. Van Cleef & Arpels 18 karat yellow gold ring;

11. Platinum and diamond emerald cut ring;

12. One 18 karat yellow gold Bvlgari ring bearing Serial No. L92P33;

13. One 18 karat yellow gold Cartier nail ring;

14. One 18 karat white gold and diamond ring;

15. One 18 karat white gold Benchmark band;

16. Two 18 karat Cartier love knot rings;

17. One 18 karat yellow gold graffiti love ring designed by Paloma Picasso for Tiffany & Co.;

18. One 18 karat yellow gold and diamond tennis necklace;

19. One 14 karat yellow gold and diamond necklace;

20. One 18 karat yellow gold Hardware necklace by Tiffany & Co.;

21. One 14 karat white gold and diamond necklace;

22. One 14 karat white gold link necklace;

23. One pair of two-tone 18 karat gold earrings with yellow diamonds;

24. One pair of 14 karat white gold and diamond hoop earrings;

25. One pair of Van Cleef & Arpels four leaf clover earrings bearing Serial No. JB693581;

26. One pair of 14 karat white gold and diamond four leaf clover earrings;

27. One pair of 18 karat white gold diamond stud earrings;

28. One pair of 18 karat white gold large hanging earrings;

29. One pair of 18 karat white gold and diamond chandelier earrings;

30. One 18 karat gold and yellow diamond bracelet;

31. One 14 karat white gold and diamond tennis bracelet;

32. Van Cleef & Arpels Alhambra yellow gold clover leaf necklace bearing

Serial No. JB954295;

33. Van Cleef & Arpels Alhambra plain yellow gold clover leaf bracelet bearing Serial No. JE696347;

34. Van Cleef & Arpels Alhambra gold and diamond clover leaf bracelet bearing Serial No. JB467738;

35. Van Cleef & Arpels Alhambra yellow gold with Onyx clover leaf earrings bearing Serial No. JA478744;

36. Van Cleef & Arpels Alhambra yellow gold and Onyx clover leaf necklace bearing Serial No. JA784421;

37. Van Cleef & Arpels Alhambra yellow gold and Onyx clover leaf bracelet bearing Serial No. JA261876;

38. Van Cleef & Arpels Alhambra green Malachite clover leaf earrings bearing Serial No. JA398626;

39. Van Cleef & Arpels Alhambra green Malachite clover leaf bracelet bearing Serial No. JA818375;

40. One 18 karat yellow gold Jacob & Co. Handcuff and key bracelet;

41. One pair of 18 karat yellow gold Bvlgari earrings;

42. One stainless steel Rolex Datejust Watch with mother of Pearl dial and Roman numerals bearing Serial No. M677635;

43. One yellow gold-plated and pink Hermes hinged bangle bracelet;

44. Two-tone 14 karat yellow gold charm bracelet;

45. One evil eye bracelet on stretch string with cubic zirconia stones;

46. One Sterling silver, heart shaped, Tiffany & Co. ring;

47. One 18 karat yellow gold Presidential Rolex Day-date bearing Serial No. G536804;

48. One Sterling Silver Chrome Hearts ring;

49. One 18 karat yellow gold Tiffany & Co. Graffiti Love Ring by Paloma Picasso;

50. One silver ring with a brown cubic zirconia stone;

51. One 18 karat yellow gold and diamond Gucci ring;

52. One yellow gold-plated ring marked Dior with three round cubic zirconia stones;

53. One 14 karat rose gold chain with a 14 karat yellow gold and diamond Hamsa;

54. One pair of 14 karat white gold 3 prong Martini set earrings with push backs;

55. One 14 karat white gold and diamond pendant;

56. Platinum chain and diamond cross stamped PT950;

57. One 18 karat white gold and oval diamond ring;

58. One 14 karat white gold and diamond flexible finger ring;

59. One 14 karat white gold and diamond tennis necklace;

60. One 18 karat gold Cartier Pave Diamond Love Bracelet bearing Serial No. CRD108196;

61. One 14 karat white gold and round diamond eternity band;

62. One 18 karat yellow gold Audermars Piguet Royal Oak watch bearing Serial No. K57914;

63. One 14 karat yellow gold chain with a dog tag that has a Jewish star and Hebrew words;

64. Van Cleef & Arpels 18 karat yellow gold large Perlee signature bracelet bearing Serial No. MJB542490;

65. Van Cleef & Arpels 18 karat yellow gold hinged bangle bearing Serial No. JA810921;

66. One 14 karat white gold rope chain;

67. One yellow gold-plated chain with charm that says "EVRY";

68. One 14 karat rose gold bead chain with a rose gold triangle pendant with diamonds;

69. Van Cleef & Arpels 18 karat yellow gold chain with a mother of Pearl four leaf clover bearing Serial No. JB713032;

70. One 14 karat white gold chain with an "L" pendant with diamonds;

71. One gold-plated Hermes lock chain and lock pendant;

72. Van Cleef & Arpels 18 karat yellow gold chain with pink four leaf clover bearing Serial No. JE653661;

73. One Sterling silver Tiffany & Co. necklace with two heart pendants;

74. One 14 karat yellow gold chain with yellow gold and diamond Hamsa;

75. One 14 karat white gold chain with a white gold and diamond Jewish star;

76. One 14 karat white gold chain;

77. One 14 karat white gold necklace with a white gold "R" diamond pendant;

78. One Sterling silver necklace with 14 karat Jewish star with Turquoise stone in the center;

79. One 14 karat white gold chain with a white gold diamond pendant;

80. One silver chain stamped 925 Italy;

81. One pair of inside out hoop earrings with cubic zirconia stones;

82. One pair of white gold-plated star earrings with Cubic Zirconia stones;

83. One pair of 14 karat white gold hoop earrings;

84. One pair of 18 karat rose gold earrings from Tiffany & Co.;

85. One pair of white gold plated, rhinestone, CD earrings;

86. Three 14 karat diamond hoop earrings;

87. One mis-matched pair of 14 karat white gold, diamond hoop earrings;

88. One pair of 14 karat white gold diamond stud earrings;

89. One pair of 14 karat white gold diamond martini style stud earrings;

90. One pair of Cartier Love earrings bearing Serial No. JVF073;

91. Sterling silver hoop earrings with white cubic zirconia stones;

92. One pair of Tous brand earrings;

93. Van Cleef & Arpels Alhambra earrings bearing Serial No. JA885560;

94. One pair of custom heart design earrings;

95. One gold plated, single hoop with 10 cubic zirconia stones; and

96. One yellow gold-plated silver double earring.

Respectfully submitted,

**JUAN ANTONIO GONZALEZ**
**UNITED STATES ATTORNEY**

By: *s/ Sara M. Klco*
Sara M. Klco
Assistant United States Attorney
Florida Bar No. 60358
99 N.E. 4th Street, 7th Floor
Miami, FL 33132-2111
Telephone: (305) 961-9165
E-mail: Sara.Klco@usdoj.gov
*Counsel for the United States of America*