# UNITED STATE DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# WEST PALM BEACH DIVISION

### CASE NO. 22-80022-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**MICHAEL ROZENBERG**,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Melissa Damian following Change of Plea Hearing [ECF No. 345]. On October 3, 2022, Magistrate Judge Damian held a Change of Plea hearing [ECF No. 343] during which Defendant pled guilty to Count One of the Indictment [ECF No. 23] pursuant to a plea agreement [ECF No. 347] and a written stipulation of facts and acknowledgment of offense elements in support of guilty plea [ECF No. 346]. Magistrate Judge Damian thereafter issued a Report recommending that the Court accept Defendant's guilty plea to Count One of the Indictment, that the Court find Defendant to have freely and voluntarily entered his guilty plea and also waived his right to appeal his sentence except as indicated in the plea agreement, and that the Court adjudicate him guilty of Count One of the Indictment [ECF No. 345]. No party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

    1. The Report and Recommendation [ECF No. 345] is **AFFIRMED AND ADOPTED**.

CASE NO. 22-80022-CR-CANNON

2. The guilty plea entered by Defendant Michael Rozenberg as to Count One of the Indictment is **ACCEPTED**.

3. Defendant Michael Rozenberg is adjudicated guilty as to Count One of the Indictment, which charges him with Conspiracy to Commit Health Care Fraud and Wire Fraud, in violation of Title 18, United States Code, Section 1349 [ECF No. 23].

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 19th day of October 2022.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record